In The United States Bankruptcy Court
Southern District of Texas
Houston Division

In Re: Jennifer Louise Myers  
    6451 Blimp Base Rd  
    Hitchcock, Tx  77563-4699  
Debtor

Chapter 13 Case Number:  
23-32313-H5-13

## TRUSTEE'S RECOMMENDATION CONCERNING MOTION TO MODIFY PLAN

The undersigned Chapter 13 Trustee in the above captioned cause has reviewed the Motion to Modify the Chapter 13 Plan (Docket #60), and hereby recommends approval of the motion.

    __Tiffany D. Castro_____  
Tiffany D. Castro, Trustee  
Admissions ID No. 1419995  
1220 Augusta Drive, Suite 500  
Houston, TX  77057  
(713) 722-1200

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been sent by first class mail to the Attorney for the Debtor, unless the Attorney has been sent electronic notice by the Clerk, on Friday, February 14, 2025.

    __Tiffany D. Castro_____  
Tiffany D. Castro, Trustee

cc. Debtor's Attorney:  
    Southward, Eric  
    Allmand Law Firm Pllc  
    860 Airport Fwy Suite 401  
    Hurst, Tx 76054